# ORIGINAL

FILED
U.S. DISTRICT COURT

2010 JAN 25 P 3: 21

CLERK _McCarthy_

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## DUBLIN DIVISION

|  |  |  |
|---|---|---|
| ADRAIN SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-048 |
| | ) | |
| FRED BURNETTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Defendants Winter, Henrey, Spires, and Owens, as well as Plaintiff's

claims concerning the mace and handcuffing incidents, are **DISMISSED** from this case.

SO ORDERED this 25th day of January, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE