ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2010 MAY 28 P 3: 33
CLERK

| | |
|---|---|
| ADRAIN SHELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 309-048 |
| | ) |
| FRED BURNETTE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss (doc. no. 17) is **GRANTED**, Plaintiff's complaint is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 28th day of May, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE